Marcella HORNUNG, Minor, by Freda Rudolph, her Statutory Guardian, et al., Appellants, v. The LOUISVILLE TRUST COMPANY, et al., Appellees.*

No. 7052.

Circuit Court of Appeals, Sixth Circuit.

Nov. 4, 1936.

R. Ruthenburg, of Louisville, Ky., for appellants.

H. H. Nettelroth, Robert G. Gordon, and Squire R. Ogden, all of Louisville, Ky., for appellees.

Before HICKS and ALLEN, Circuit Judges, and FORD, District Judge.

PER CURIAM.

This cause came on to be heard upon the briefs and record and argument of counsel; and, it appearing that the parties are all citizens of Kentucky, and that the bill in equity as amended involves solely the alleged rights of the appellants under Kentucky statutes and under the Kentucky Constitution, the order of the District Court dismissing the bill as amended is hereby affirmed. Reese v. Louisville Trust Co., 58 F.(2d) 638 (C.C.A.6).

Rosario INTRABARTOLO, Appellant, v. The PENNSYLVANIA RAILROAD COMPANY, Appellee.

No. 169.

Circuit Court of Appeals, Second Circuit.

Jan. 4, 1937.

Jacob N. Geffen, of New York City (Jacquin Frank, of New York City, of counsel), for appellant.

Ray Rood Allen, of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed on the authority of Pennsylvania R. R. Co. v. Chamberlain, 288 U.S. 333, 53 S.Ct. 391, 77 L.Ed. 819.

IRVING TRUST COMPANY, as Trustee in Bankruptcy for J. R. PALMENBERG'S SONS, Inc., Complainant-Appellee, v. BRONX BRASS FOUNDRY, Inc., Defendant-Appellant.

No. 80.

Circuit Court of Appeals, Second Circuit.

Nov. 16, 1936.

Maxwell H. Goldstein, of New York City, for appellant.

Otterbourg, Steindler & Houston, of New York City (Aaron Rosen and Arnold A. Jaffe, both of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment and order affirmed.